UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LEAH MEYERS HEBERT | |
| | CIVIL ACTION |
| VERSUS | |
| | 21-185-SDD-EWD |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY | |

### RULING AND ORDER

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Erin Wilder-Doomes, dated September 9, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the final decision of the Commissioner is AFFIRMED, and this action is DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana the 28 day of September, 2022.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 16.